Case 4:23-cv-00422  Document 16  Filed on 07/02/24 in TXSD  Page 1 of 1

United States District Court
Southern District of Texas
**ENTERED**
July 02, 2024
Nathan Ochsner, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| ANTONIO PEREZ-HERRERA, individually and on behalf of all others similarly situated | § § § |
| VS | §  CIVIL ACTION NO. H-23-0422 |
| SG STONE & MASONRY, INC., d/b/a JA BRICK STONE MASONRY | § § § § |

### ORDER OF DISMISSAL

In accordance with the Joint Stipulation of Voluntary Dismissal with Prejudice filed on April 14, 2024 (Doc. No. 15) this case is **DISMISSED** with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii).

SIGNED this 2nd day of July 2024.

ANDREW S. HANEN
UNITED STATES DISTRICT JUDGE